# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAUL DUNFEE,                              ) Case No. ED CV 18-2184-DSF (SP)
                Plaintiff,                    )
                              )
              v.                            )            **JUDGMENT**
COUNTY OF RIVERSIDE, et al.,              )
                Defendants.                   )
_____        )

      Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: May 5, 2021

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE